674 A.2d 988

IN THE MATTER OF OLIVIA C. HOWARD,
AN ATTORNEY AT LAW.

May 6, 1996.

**ORDER**

This matter having been duly presented to the Court on the motion of respondent for a two-week postponement of the effective date of the three-month suspension ordered by this Court on April 12, 1996, which was to be effective May 1, 1996;

And the Office of Attorney Ethics having interposed no objection to respondent's motion;

And good cause appearing;

It is ORDERED that the motion for a two-week postponement of the effective date of the suspension is hereby granted and **OLIVIA C. HOWARD** of **EAST ORANGE,** is suspended from the practice of law for a period of three months and until further Order of the Court, effective May 15, 1996.